FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DAYVIN KNEMEYER,

Plaintiff,

v.

CHERI PODRUZNY, LESLIE LAMKIN, and DOES 1–20,

Defendants.

No. 2:19-cv-00108-SMJ

**ORDER DENYING CONSTRUED MOTIONS FOR DEFAULT JUDGMENT**

Before the Court, without oral argument, are Plaintiff Dayvin Knemeyer's construed motions for default judgment against Defendants Cheri Podruzny, ECF No. 9, and Leslie Lamkin, ECF No. 10. Defendants oppose the motions. ECF No. 11.

Plaintiff states in both motions, which are identical in substance, that Defendants failed to respond to his "'Verified Complaint' with an 'Verified Answer' that is Complete with Facts and Evidential Support, Properly Verified, and Personally Signed within the 21 days required by law, so [he is] filing a Judgement by Default." ECF Nos. 9, 10.

However, the docket plainly shows that Defendants Leslie Lamkin and Cheri Podruzny did file an answer on April 25, 2019. ECF No. 5. As they were served on April 9, 2019 and April 12, 2019, respectively, their responsive pleading is timely.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's construed motions for default judgment, **ECF Nos. 9 & 10**, are **DENIED**.

**2.** Plaintiff is advised that he need not file separate documents for each Defendant if the substance is the same. Moreover, any filings should have the caption of the matter as shown on the first page of this Order, a clear indication of the requested relief, and the legal authority supporting the requested relief.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and defense counsel.

**DATED** this 7th day of June 2019.

SALVADOR MENDOZA, JR.
United States District Judge